KATHLEEN SCHROEDER, PLAINTIFF-APPELLANT, v. HOLLAND–AMERICA CRUISES, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued January 3, 1980—Decided January 16, 1980.

Before Judges FRITZ, KOLE and LANE.

*Jerrold D. Goldstein* argued the cause for appellant (*Goldstein, Toto & Samson,* attorneys).

*Charles M. James* argued the cause for respondent (*James & Addas,* attorneys).

PER CURIAM.

The only question involved in this appeal is whether the time limitation for the commencement of suit expressly incorporated in the terms and conditions of a "passage contract" (passenger ticket) for a cruise on shipboard, to which terms and conditions the attention of the passenger is plainly and definitely directed by an "IMPORTANT NOTICE TO PASSENGERS" printed on the cover and reciting acceptance of those terms and conditions by the passenger, controls as a matter of law. In entering summary judgment for defendant, the trial judge answered that

question in the affirmative. We agree. *Geller v. Holland-America Lines,* 201 *F.Supp.* 508 (S.D.N.Y.1961), aff'd 298 *F.2d* 618 (2 Cir. 1962), *cert.* den. 370 *U.S.* 909, 82 *S.Ct.* 1256, 8 *L.Ed.2d* 403 (1962).

Affirmed.